Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 26 2021

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>MASON McCANN SMITH,<br><br>               Defendant. | 2:21-CR-68-SMJ<br><br>INDICTMENT<br><br>Vio.:  18 U.S.C. § 2252A(a)(2), (b)(1)<br>Receipt of Child Pornography<br>(Count 1)<br><br>18 U.S.C. § 2252A(a)(2), (b)(1)<br>Distribution of Child Pornography<br>(Count 2)<br><br>18 U.S.C. § 2252A(a)(5)(B), (b)(2)<br>Possession of Child Pornography<br>(Count 3)<br><br>18 U.S.C. § 2253<br>Forfeiture Allegations |

The Grand Jury charges:

### COUNT 1

Beginning on or about December 20, 2020, and continuing until on or about January 31, 2021, in the Eastern District of Washington, the Defendant, MASON

INDICTMENT — 1

McCANN SMITH, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that was transported via any means or facility of interstate and foreign commerce, to wit: still image and video files depicting minor and prepubescent children engaging in sexually explicit conduct including but not limited to actual and simulated intercourse, and the lascivious exhibition of the genitals and pubic area, as defined in 18 U.S.C. § 2256(2)(A), all in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).

## COUNT 2

Beginning on or about December 21, 2020, and continuing until on or about January 31, 2021, in the Eastern District of Washington and elsewhere, the Defendant, MASON McCANN SMITH, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that was transported via any means or facility of interstate and foreign commerce, to wit: images depicting minors engaging in sexually explicit conduct, including but not limited to actual and simulated intercourse, and the lascivious exhibition of the genitals and pubic area, as defined in 18 U.S.C. § 2256(2)(A), all in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).

## COUNT 3

On or about February 5, 2021, in the Eastern District of Washington, the Defendant, MASON McCANN SMITH, did knowingly possess material other than that alleged in Count 1 which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), the production of which involved the use of a minor engaging in sexually explicit conduct, and which

INDICTMENT                                 2

visual depictions were of such conduct; that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped and transported in interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A, as charged in Counts 1, 2 and 3 of this Indictment, the Defendant, MASON McCANN SMITH, shall forfeit to the United States any visual depiction described in section 2252A of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property. The property to be forfeited includes, but is not limited to:

    a.    Macbook Pro laptop; and

    b.    Intel Soft State Drive.

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

INDICTMENT                      3

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 25th day of May, 2021.

A TRUE BILL

_____
Joseph H. Harrington
Acting United States Attorney

_____
Ann T. Wick
Assistant United States Attorney

INDICTMENT                              4