FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MASON MCMANN SMITH,<br><br>   Defendant. | No.   2:21-cr-00068-SMJ-1<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDERS** |

**IT IS HEREBY ORDERED**:

**1.** The parties' Stipulation Regarding Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 15**, as corrected by **ECF No. 17**, is **GRANTED**.

**2.** The parties' Stipulation for Protective Order Regarding Identification of Minor Victims Pursuant to 18 U.S.C. § 3509, **ECF No. 16**, is **GRANTED**.

**3.** The related motion to expedite, **ECF No. 14**, is **GRANTED**.

**4.** Pursuant to 18 U.S.C. § 3509 and the parties' stipulation, the Stipulated Protective Order Regarding Identification of Minor Victims Pursuant to 18 U.S.C. § 3509, **ECF No. 16-1**, and the Stipulated Protective

ORDER ADOPTING STIPULATED PROTECTIVE ORDERS – 1

Order Regarding Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 17-1** are **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 14th day of June 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge